AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Dockside Canvas Company,
a Michigan Corporation

*Plaintiff(s)*

v.

Dockside Canvas & Awning, LLC, a Florida limited liability company, Dockside Canvas of Florida, Inc., a Florida Corporation, Jon Motta, an individual, Kuircy Pena, an individual, Jessie Pena, an individual

*Defendant(s)*

CASE NO: 17-cv-80661-ROSENBERG/Hopkins

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dockside Canvas & Awning, LLC
c/o Registered Agent - Jon Motta
2727 Rosemary Ave - Unit 16
West Palm Beach, FL 33407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patricia M. Carlson
Amy Price
Akerman LLP
777 S. Flagler Drive, Suite 1100, West Tower
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: May 24, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Dockside Canvas Company,<br>a Michigan Corporation<br>*Plaintiff(s)* | ) | |
| v. | ) | CASE NO: 17-cv-80661-ROSENBERG/Hopkins |
| Dockside Canvas & Awning, LLC, a Florida limited liability company, Dockside Canvas of Florida, Inc., a Florida Corporation, Jon Motta, an individual, Kuircy Pena, an individual, Jessie Pena, an individual<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jon Motta, an individual
2727 Rosemary Ave - Unit 16
West Palm Beach, FL 33407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patricia M. Carlson
Amy Price
Akerman LLP
777 S. Flagler Drive, Suite 1100, West Tower
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Steven M. Larimore
Clerk of Court

Date: May 24, 2017

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Dockside Canvas Company,
a Michigan Corporation

*Plaintiff(s)*

v.

Dockside Canvas & Awning, LLC, a Florida limited liability company, Dockside Canvas of Florida, Inc., a Florida Corporation, Jon Motta, an individual, Kuircy Pena, an individual, Jessie Pena, an individual

*Defendant(s)*

CASE NO: 17-cv-80661-ROSENBERG/Hopkins

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dockside Canvas of Florida, Inc.
c/o Registered Agent - Kuircy Pena
958 Service Rd
West Palm Beach, FL 33407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patricia M. Carlson
Amy Price
Akerman LLP
777 S. Flagler Drive, Suite 1100, West Tower
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Steven M. Larimore
Clerk of Court

Date: May 24, 2017

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Dockside Canvas Company,
a Michigan Corporation

*Plaintiff(s)*

v.

Dockside Canvas & Awning, LLC, a Florida limited liability company, Dockside Canvas of Florida, Inc., a Florida Corporation, Jon Motta, an individual, Kuircy Pena, an individual, Jessie Pena, an individual

*Defendant(s)*

CASE NO: 17-cv-80661-ROSENBERG/Hopkins

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kuircy Pena, an Individual
958 Service Rd
West Palm Beach, FL 33407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patricia M. Carlson
Amy Price
Akerman LLP
777 S. Flagler Drive, Suite 1100, West Tower
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Steven M. Larimore
Clerk of Court

Date: May 24, 2017

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Dockside Canvas Company,
a Michigan Corporation

*Plaintiff(s)*

v.

Dockside Canvas & Awning, LLC, a Florida limited liability company, Dockside Canvas of Florida, Inc., a Florida Corporation, Jon Motta, an individual, Kuircy Pena, an individual, Jessie Pena, an individual

*Defendant(s)*

CASE NO: 17-cv-80661-ROSENBERG/Hopkins

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jessie Pena, an individual
958 Service Rd
West Palm Beach, FL 33407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Patricia M. Carlson
Amy Price
Akerman LLP
777 S. Flagler Drive, Suite 1100, West Tower
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: May 24, 2017

Steven M. Larimore
Clerk of Court

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts